UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,                20-Cr-77 (SHS)

　　-v-                                                ORDER

ERIC RODRIGUEZ,

　　　　　　　Defendant(s).
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

　　　The Court having received the defendant's letter motion requesting an additional two weeks to file pretrial motions [Doc. No. 16] and defendant having represented that the government consents to the request,

　　　IT IS HEREBY ORDERED that the letter motion [Doc. No. 16] is granted. Defendant's motions are due by April 29, 2020, the government's response is due by May 13, 2020.

Dated: New York, New York
　　　April 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.