UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | ORDER |
| ERIC RODRIGUEZ, | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

On May 22, 2020, the Court received a *pro se* letter from defendant requesting a change of counsel, which is being sent directly to his attorney. Accordingly,

IT IS HEREBY ORDERED that defendant's attorney, Susan J. Walsh, is directed to discuss the issue with her client and notify the Court, in writing, whether or not defendant continues to seek new counsel and if so, her position on that request.

Dated: May 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.