UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | ORDER |
| ERIC RODRIGUEZ, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      On May 22, 2020, the Court received a letter from defendant requesting new counsel. The Court issued an order directing defendant's attorney, Susan Walsh, to discuss this issue with her client and to inform the Court of her position on defendant's' request for new counsel.  On May 28, 2020, Ms. Walsh filed a letter joining in her client's request for new counsel [Doc. No. 22].  Accordingly,

      IT IS HEREBY ORDERED that:

      1.  Susan Walsh is relieved as attorney for defendant with the appreciation of the Court;

      2.  The Court appoints the CJA attorney on duty, Andrew Patel, to represent defendant under the Criminal Justice Act;

      3.  The Court notes that the trial in this action has been scheduled to begin on July 20, 2020, at 9:30 a.m., any motions *in limine*, proposed jury charges, and proposed *voir dire* are due by July 6, responses to any *in limine* motions are due by July 13;

      4. Ms. Walsh is directed to send a copy of this Order to defendant; and

      5. The Court notes in addition that time has been excluded only through June 4, 2020, from calculation under the Speedy Trial Act.

Dated: New York, New York
       June 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.