UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | <u>ORDER</u> |
| ERIC RODRIGUEZ, | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of the parties [Doc. No. 25],

IT IS HEREBY ORDERED that:

1. There will be a videoconference on June 17, 2020, at 11:00 a.m.;

2. An Order with instructions on accessing the audio will be filed before June 17; and

3. The time is excluded from calculation under the Speedy Trial Act from today until June 17, 2020.  The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       June 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.