UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | <u>ORDER</u> |
| ERIC RODRIGUEZ, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A videoconference is scheduled to take place in this matter via Skype on June 17, 2020, at 11:00 a.m.  To optimize use of the Court's video conferencing technology, all participants in the call must:

      1.      Use a browser other than Microsoft Explorer to access Skype for Business;

      2.      Position the participant's device as close to the WiFi router as is feasible;

      3.      Ensure any others in the participant's household are not using WiFi during the period of the call;

      4.      Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

      5.      If there is ambient noise, the participant must mute his or her device when not speaking.

      Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 917-933-2166, and use access code: 755549462#.

Dated: New York, New York
           June 15, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.