UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-77 (SHS)

    -v-  :  <u>ORDER</u>

ERIC RODRIGUEZ,  :

    Defendant(s).  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A status videoconference having been held today via Skype, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The next status conference is scheduled for July 28, 2020, at 9:30 a.m.;

2. Motions *in limine*, proposed jury charges, and, if the parties wish, proposed *voir dire*, are due by September 8, 2020;

3. Responses to any motions *in limine* are due by September 15, 2020;

4. The trial is adjourned to September 29, 2020, at 9:30 a.m.; and

5. The time is excluded from calculation under the Speedy Trial Act from today until July 28, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       June 17, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.