

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 28, 2020

Hon. Sidney H. Stein
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Eric Rodriguez, 20-cr-77 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

    The Government respectfully submits this letter requesting an exclusion of time under the Speedy Trial Act. On June 17, 2020, this Court scheduled a pretrial conference for July 28, 2020 and excluded time under the Speedy Trial Act until that conference. On July 22, 2020, this Court adjourned the July 28 conference until August 6, 2020. The Government respectfully requests that time under the Speedy Trial Act be excluded from the date of this letter until August 6, 2020. The exclusion will allow the parties to discuss a potential pretrial resolution to the case and to continue preparing pretrial motions. The defendant's attorney, Andrew Patel, Esq., has informed the Government that he consents to the exclusion of time on behalf of the defendant.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: ___/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

Time is excluded from calculation under the
Speedy Trial Act from today until August 6, 2020.
The Court finds that the ends of justice served by this
continuance outweigh the best interests of the public
and the defendants in a speedy trial pursuant to
18 U.S.C. § 3161(h)(7)(A).

Dated:  New York, New York
        July 29, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.