UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | ORDER |
| ERIC RODRIGUEZ, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status videoconference having been held today, with counsel for all parties and defendant in attendance via Skype,

IT IS HEREBY ORDERED that:

1. Any motions *in limine*, proposed jury charges, and, if the parties wish, proposed *voir dire*, are due on or before February 1, 2021;

2. Responses to any motions are due by February 8, 2021;

3. The trial of this matter remains at February 22, 2021; and

4. The time is excluded from calculation under the Speedy Trial Act from today until February 22, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A);

Dated: New York, New York
       November 20, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1