UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| v. | : | |
| ERIC RODRIGUEZ, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      At the request of the defendant's attorney, Andrew G. Patel, to be relieved as counsel for defendant,

      IT IS HEREBY ORDERED that Andrew G. Patel is relieved, and CJA attorney Bruce D. Koffsky, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
         March 3, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.