

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2021

Hon. Sidney H. Stein
United States District Court                        **MEMO ENDORSED**
500 Pearl Street
New York, NY 10007

Re:     <u>United States</u> v. <u>Eric Rodriguez</u>, 20 Cr. 77 (SHS)

Dear Judge Stein:

A jury trial in the above-captioned case is scheduled to begin on April 13, 2021. At the last status conference, this Court excluded time under the Speedy Trial Act until February 22, 2021. The Government respectfully requests that the Court exclude time under the Speedy Trial Act from the date of this letter until the beginning of trial on April 13, 2021. The exclusion will allow the parties to parties to discuss a potential pretrial resolution to the case and will ensure that time under the Speedy Trial Act does not expire in the event that circumstances surrounding the pandemic change and trial is unable to go forward on April 13. The defendant's attorney, Bruce Koffsky, Esq., does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

**The time is excluded from calculation under the Speedy Trial Act from today until April 13, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

**Dated:  New York, New York**
**March 11, 2021**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**