**KOFFSKY & FELSEN, LLC**
1150 Bedford Street
Stamford, Connecticut 06905
(203) 327-1500
Fax: (203)327-7660

June 17, 2021

<u>Via ECF</u>

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Eric Rodriguez</u>
1:20-cr-00077-SHS

Dear Judge Stein:

I am appointed counsel for Mr. Eric Rodriguez in the above matter. Mr. Rodriguez is currently scheduled to be sentenced before the Court on June 24, 2021. I respectfully request that the Court adjourn Mr. Rodriguez's sentencing to July 22, 2021, or a date thereafter convenient to the Court and to all parties.

As the Court may recall, the Court authorized the undersigned to retain the services of a mitigation expert in advance of sentencing as the undersigned believed that there were instances of trauma in the defendant's life that needed to be investigated. The undersigned has just received the expert's report and needs additional time to review it with the client and request supporting information such that the material can best be presented to the Court at the time of sentencing. The undersigned has discussed this continuance request with A.U.S.A. Thomas Burnett who has indicated that the government has no objection to this request.

For the above stated reasons, I respectfully request that the Court adjourn Mr. Rodriguez's sentencing to July 22, 2021 or at a time convenient to the Court.

Respectfully submitted

/s/ Bruce D. Koffsky
Bruce D. Koffsky

cc: Thomas Burnett, A.U.S.A.
Jaleesa Harris, U.S.P.O.

**The sentencing is adjourned to July 22, 2021, at 9:00 a.m. Defense submissions are due by July 8, the government submissions are due by July 15.**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Dated: New York, New York
June 21, 2021