UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -v- | : | <u>ORDER</u> |
| ERIC RODRIGUEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Defendant having filed a letter to the Court dated July 19, 2022 [ECF Doc. No 77],

      IT IS HEREBY ORDERED that the Clerk of Court shall open document no.77 as a Section 2255 motion and open it as a new civil action with a new civil docket number. The civil action shall be assigned to this Court's docket.

Dated: New York, New York
       August 1, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.