UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ERIC RODRIGUEZ,

                Defendant.

20-CR-0077 (SHS)
22-CV-6508 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Eric Rodriguez seeks the appointment of counsel to challenge the judgment entered in *United States v. Rodriguez*, No. 1:20-CR-0077, 74 (S.D.N.Y. July 22, 2021). His letter motion (ECF 1) has been designated as a motion under 28 U.S.C. § 2255. Having notified defendant that his pleading has been recharacterized as a § 2555 motion in the Court's August 10, 2022 order (ECF 4), and having received no withdrawal or amendment by the defendant within 60 days of that order,

    IT IS HEREBY ORDERED that:

1. The CJA attorney on duty today, Michael D. Bradley, is appointed to represent defendant Eric Rodriguez pursuant to the Criminal Justice Act in connection with defendant's § 2255 motion.
2. The Government is directed to respond to the defendant's motion within 45 days of the date of this order.

Dated: New York, New York
         February 14, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.