**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 16, 2023

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Eric Rodriguez,* 20 Cr. 77 (SHS)

Dear Judge Stein:

I represent Eric Rodriguez in the above-referenced matter. I write to respectfully request a 45-day extension of time for Mr. Rodriguez to execute and return the Attorney-Client Waiver (Informed Consent) form in this matter. The Court directed Mr. Rodriguez to return the form to the Clerk of Court for filing on or before June 16, 2023. *See* ECF No. 83. I am informed by staff at USP – Hazelton that prolonged and persistent understaffing at the facility has led to delays in mail processing and legal calls. As a result, I had been unable to contact Mr. Rodriguez for several weeks. Last week, I learned that he had not received any of my letters and had been told that there was no notary public available at USP – Hazelton to notarize the authorization. He was not advised as to when one might be available. I advised Mr. Rodriguez to return the form with his unnotarized signature, to evidence his desire for the Court to consider his motion. I believe he did so on June 8, 2023; but due to processing delays referenced above, the Clerk may not have received it in time. Accordingly, I respectfully request a 45-day extension of time for Mr. Rodriguez to return the authorization to the Clerk of Court for filing. The government does not object to this request. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA Thomas Burnett (*via ECF*)
      Eric Rodriguez (*US Mail*)

**Mr. Rodriguez shall have until August 4, 2023, to submit the executed Attorney-Client Waiver form.**

Dated: New York, New York
       June 21, 2023

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.