UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-77 (SHS) |
| -against- | : | <u>ORDER</u> |
| ERIC RODRIGUEZ | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

 A teleconference having been held today regarding defendant's motion pursuant to 28 U.S.C. § 2255, with counsel for all parties present, and former counsel also present,

 IT IS HEREBY ORDERED that:

 1. Mr. Koffsky's declaration is due on or before September 5, 2023;

 2. The government's response is due by September 15, 2023; and

 3. The defense attorney's response is due by September 29, 2023.

Dated: New York, New York
   August 29, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.