**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

October 20, 2023

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Eric Rodriguez,* 20 Cr. 77 (SHS)

Dear Judge Stein:

I represent Eric Rodriguez in the above-referenced § 2255 motion. I write to respectfully request an extension of time to file a response to the Government's filing, from October 23 until November 30, 2023. Due to reported understaffing and persistent lockdowns at USP Hazelton, I have only been able to speak with Mr. Rodriguez substantively once since the last adjournment. Because he has been informed that his counselor is returning to service soon, we hope that an extension would provide sufficient time to confer, and to obtain additional documentation for the Court's consideration. This is Mr. Rodriguez's second request for an extension, and while I do not anticipate opposition, I have not yet been able to ascertain the Government's position because the assigned Assistant is currently participating in a trial. Accordingly, I respectfully request that the Court extend the time to file defendant's response to November 30, 2023. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley

cc:   AUSA Thomas Burnett (*via ECF*)
      Eric Rodriguez (*US Mail*)

The request to extend the time to file defendant's response to November 30, 2023, is granted.

Dated: New York, New York
       October 20, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.