# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

December 27, 2023

*[Handwritten note: 12/27/23, Defendant's response to gov't's filing is due February 29, 2024. So ordered. Sidney H. Stein, U.S.D.J.]*

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Eric Rodriguez,* 20 Cr. 77 (SHS)

Dear Judge Stein:

I represent Eric Rodriguez in the above-referenced § 2255 motion. I write to respectfully request a 60-day extension of time to file a response to the Government's filing, currently due December 29, 2023. As of last writing, Mr. Rodriguez had recently been transferred to FCI Allenwood, which only permits attorney-client calls by scheduling in advance through an inmate's assigned unit counselor. Despite several unanswered calls and voice mails, I have not yet heard back from Mr. Rodriguez's counselor. I have recently been advised, however, that the counselor has been out for several weeks, returning "after the holidays." An adjournment would permit counsel to meaningfully confer with Mr. Rodriguez; to obtain necessary documentation; and to complete trial in the matter of *US v. James Kelly,* 23 Cr. 113 (DEH), scheduled to begin January 29, 2024. This is Mr. Rodriguez's fourth request for an extension, and the Government does not object to this request. Accordingly, I respectfully request a 60-day extension of time to file defendant's response. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Michael D. Bradley*

Michael D. Bradley

cc:   AUSA Thomas Burnett (*via ECF*)